McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-335 LKK |
| Plaintiff, | ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT AND SCHEDULING STATUS CONFERENCE |
| v. | |
| JOSE LUIS ROMERO-GUTIERREZ, | Court:  Hon. Lawrence K. Karlton |
| Defendant. | |

On August 28, 2007, the parties appeared before the Court for a status conference.  Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. David Dratman, Esq., appeared with defendant Jose Luis Romero-Gutierrez.

Mr. Dratman advised the Court that he had received discovery from the United States.  Mr. Dratman requested a delay in the court proceedings to allow him additional time to conduct the defense investigation.  Mr. Dratman asked the Court for a new status conference hearing on October 16, 2007, at 9:30 a.m., and an order excluding time until that date under Local Code T4 for defense preparation.

1  The United States advised the Court that it had no objection
2 to Mr. Dratman's request.
3  Based on the foregoing and good cause appearing therefrom,
4 the Court ordered that a status conference shall be held on
5 October 16, 2007, at 9:30 a.m.  The Court excluded time within
6 which the trial of this case must be commenced under the Speedy
7 Trial Act, pursuant to Local Code T4, for defense preparation
8 from August 28, 2007, to, and including, October 16, 2007.
9  The Court finds that the failure to grant a continuance in
10 this case would deny defendant's counsel reasonable time
11 necessary for effective preparation, taking into account the
12 exercise of due diligence.  The Court specifically finds that the
13 ends of justice served by the granting of such continuance
14 outweigh the interests of the public and defendant in a speedy
15 trial.
16  It is so ordered.
17
18 Dated: August 29, 2007
19                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
20                                    UNITED STATES DISTRICT COURT