DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-335 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| JOSE LUIS ROMERO-GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Samuel Wong, Assistant U.S. Attorney; and Jose Luis Romero-Gutierrez, through his attorney, David W. Dratman, that the status conference scheduled for October 16, 2007, shall be continued to December 11, 2007 at 9:30 a.m.

The defense requests additional time to prepare based upon its need to: (1) review and consider the discovery provided by the United States; and (2) investigate facts and conduct research in support of defense motions that are anticipated to be filed. Specifically, Mr. Romero-Gutierrez is a Mexican national and the decision in the case of *Medillin v. Texas*, No. 06-984, argued on October 10, 2007 before the United States Supreme Court pertaining to the rights of foreign nationals covered by international treaties may have a bearing on motions to be filed in his case. The defense requests the exclusion of additional time under the Speedy Trial Act to review the discovery provided, conduct investigation and engage in continued research in anticipation of setting a motions schedule.

1  The parties stipulate and agree that the time from the date of this stipulation, October 11, 2007,
2  through and including December 11, 2007, shall be excluded from computation of time within which
3  the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time
4  for defense counsel to prepare).

5  Dated: October 11, 2007                                    /s/ David W. Dratman
                                                              DAVID W. DRATMAN
6                                                             Attorney for Defendant
                                                              JOSE LUIS ROMERO-GUTIERREZ
7

8  Dated: October 11, 2007                                    McGREGOR W. SCOTT
                                                              UNITED STATES ATTORNEY
9

10                                                            By: /s/ Samuel Wong*
                                                              SAMUEL WONG
11                                                            Assistant U.S. Attorney
                                                              *Signed with permission
12

13                                              ORDER

14  The Court, having considered the stipulation of the parties, and good cause appearing
15  therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
16  the parties, the Court finds that the failure to grant a continuance in this case would deny defense
17  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
18  diligence.  The Court specifically finds that the ends of justice served by the granting of such
19  continuance outweigh the interests of the public and that the time from the date of the stipulation
20  October 11, 2007, to and including December 11, 2007, shall be excluded from computation of time
21  within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local
22  Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)).
23      It is so ordered.
24  Dated: October 15, 2007
25
26                                                            LAWRENCE K. KARLTON
                                                              SENIOR JUDGE
27                                                            UNITED STATES DISTRICT COURT
28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE