McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-335 LKK |
| Plaintiff, | ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SETTING FURTHER STATUS CONFERENCE DATE |
| v. | |
| JOSE LUIS ROMERO GUTIERREZ, | Court: Hon. Lawrence K. Karlton |
| Defendant. | |

On January 8, 2008, the parties appeared before the Court for a status conference. Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. David Dratman, Esq., appeared with his client, defendant Jose Luis Romero Gutierrez.

Mr. Dratman requested that the matter be continued to February 5, 2008, at 9:30 a.m., for further status conference to allow him additional time: (1) to make a new discovery request to the United States; and (2) because he is still awaiting the United States Supreme Court's decision in a case (Medillin v. Texas, No. 06-984, argued on October 10, 2007) that might impact

the instant case.  The parties requested and agreed that time from January 8, 2008, to, and including, February 5, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4.

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court sets a new status conference hearing on February 5, 2008, at 9:30 a.m.  The Court orders that time from January 8, 2008, to, and including, February 5, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4.

The Court finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation of his client's defense, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial.

It is so ordered.

Dated:  January 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT