DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-335 LKK |
|---|---|
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| JOSE LUIS ROMERO-GUTIERREZ, | |
| Defendant. | |

On February 5, 2008, the parties appeared before the Court for a status conference.  Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America.  David W. Dratman, appeared with his client, defendant Jose Luis Romero Gutierrez.

Mr. Dratman requested that the matter be continued to March 4, 2008, at 9:30 a.m., for further status conference to allow him additional time:  (1) to obtain additional discovery from the United States; and (2) because he is still awaiting the United States Supreme Court's decision in a case (*Medillin v. Texas*, No. 06-984, argued on October 10, 2007) that might impact the instant case.  The parties requested and agreed that time from February 5, 2008, to, and including, March 4, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4.

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court sets a new status conference hearing on March 4, 2008, at 9:30 a.m.  The Court orders that time from February 5, 2008, to, and including, March 4, 2008, shall be excluded from

computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4.

The Court finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation of his client's defense, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendant in a speedy trial.

It is so ordered.

Dated: February 6, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT