DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-335 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| JOSE LUIS ROMERO-GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Samuel Wong, Assistant U.S. Attorney; and Jose Luis Romero-Gutierrez, through his attorney, David W. Dratman, that the status conference scheduled for March 4, 2008, shall be continued to March 25, 2008 at 9:30 a.m.

The defense requests additional time to prepare based upon its need to: (1) review and consider the discovery provided by the United States; and (2) investigate facts and conduct research in support of defense motions that are anticipated to be filed. Specifically, Mr. Romero-Gutierrez is a Mexican national and the decision in the case of *Medillin v. Texas*, No. 06-984, argued on October 10, 2007 before the United States Supreme Court pertaining to the rights of foreign nationals covered by international treaties may have a bearing on motions to be filed in his case. The defense requests the exclusion of additional time under the Speedy Trial Act to review the discovery provided, conduct investigation and engage in continued research in anticipation of setting a motions schedule.

1    The parties stipulate and agree that the time from the date of this stipulation, February 28,
2 2008, through and including March 25, 2008, shall be excluded from computation of time within
3 which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code
4 T4 (time for defense counsel to prepare).

5 Dated: February 28, 2008            /s/ David W. Dratman
                                      DAVID W. DRATMAN
6                                     Attorney for Defendant
                                      JOSE LUIS ROMERO-GUTIERREZ

8 Dated: February 28, 2008            McGREGOR W. SCOTT
                                      UNITED STATES ATTORNEY

10                                    By: /s/ Samuel Wong*
                                      SAMUEL WONG
11                                    Assistant U.S. Attorney
                                      *Signed with permission

13                                    ORDER

14    The Court, having considered the stipulation of the parties, and good cause appearing
15 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
16 the parties, the Court finds that the failure to grant a continuance in this case would deny defense
17 counsel reasonable time necessary for effective preparation, taking into account the exercise of due
18 diligence.  The Court specifically finds that the ends of justice served by the granting of such
19 continuance outweigh the interests of the public and that the time from the date of the stipulation,
20 February 28, 2008, to and including March 25, 2008, shall be excluded from computation of time
21 within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local
22 Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)).
23    It is so ordered.
24 Dated: March 3, 2008

26                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
27                                    UNITED STATES DISTRICT COURT