1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  JOSE LUIS ROMERO-GUTIERREZ

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            CR-S-07-335 LKK

11         Plaintiff,                   **STIPULATION AND ORDER
                                        CONTINUING STATUS
12    vs.                               CONFERENCE AND
                                        EXCLUDING TIME UNDER THE
13 JOSE LUIS ROMERO-GUTIERREZ,          SPEEDY TRIAL ACT**

14         Defendant.

15

16

17         IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18 record, Samuel Wong, Assistant U.S. Attorney; and Jose Luis Romero-Gutierrez, through his attorney,

19 David W. Dratman, that the status conference scheduled for March 25, 2008, shall be continued to

20 June 3, 2008 at 9:30 a.m.

21         The defense requests additional time to prepare based upon its need to: (1)  review and

22 consider the discovery provided by the United States; and (2) investigate facts and conduct research

23 in support of defense motions that are anticipated to be filed.  Specifically, Mr. Romero-Gutierrez is

24 a Mexican national and the decision in the case of *Medillin v. Texas*, No. 06-984, argued on October

25 10, 2007 before the United States Supreme Court pertaining to the rights of foreign nationals covered

26 by international treaties may have a bearing on motions to be filed in his case.  The defense requests

27 the exclusion of additional time under the Speedy Trial Act to review the discovery provided, conduct

28 investigation and engage in continued research in anticipation of setting a motions schedule.

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1   The parties stipulate and agree that the time from the date of this stipulation, March 25, 2008,
2   through and including June 3, 2008, shall be excluded from computation of time within which the trial
3   of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for
4   defense counsel to prepare).

5   Dated:  March 20, 2008                              /s/ David W. Dratman
                                                        DAVID W. DRATMAN
6                                                       Attorney for Defendant
                                                        JOSE LUIS ROMERO-GUTIERREZ

8   Dated:  March 20, 2008                              McGREGOR W. SCOTT
                                                        UNITED STATES ATTORNEY

10                                                      By: /s/ Samuel Wong*
                                                        SAMUEL WONG
11                                                          Assistant U.S. Attorney
                                                        *Signed with permission

13                                              ORDER

14   The Court, having considered the stipulation of the parties, and good cause appearing
15   therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
16   the parties, the Court finds that the failure to grant a continuance in this case would deny defense
17   counsel reasonable time necessary for effective preparation, taking into account the exercise of due
18   diligence.  The Court specifically finds that the ends of justice served by the granting of such
19   continuance outweigh the interests of the public and that the time from the date of the stipulation,
20   March 25, 2008, to and including June 3, 2008, shall be excluded from computation of time within
21   which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code
22   T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)).
23        It is so ordered.
24   Dated: March 21, 2008

                                                        LAWRENCE K. KARLTON
                                                        SENIOR JUDGE
                                                        UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE