1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  JOSE LUIS ROMERO-GUTIERREZ

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                CR-S-07-335 LKK

11              Plaintiff,            **STIPULATION AND ORDER
                                      CONTINUING STATUS
12       vs.                          CONFERENCE AND
                                      EXCLUDING TIME UNDER THE
13  JOSE LUIS ROMERO-GUTIERREZ,       SPEEDY TRIAL ACT**

14              Defendant.

15

16

17       IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18  record, Samuel Wong, Assistant U.S. Attorney; and Jose Luis Romero-Gutierrez, through his attorney,

19  David W. Dratman, that the status conference scheduled for June 3, 2008 shall be continued to July

20  22, 2008 at 9:30 a.m.

21       The defense requests additional time to prepare based upon its need to: (1)  review and

22  consider the discovery provided by the United States; and (2) investigate facts and conduct research

23  in support of defense motions that are anticipated to be filed.  Specifically, Mr. Romero-Gutierrez is

24  a Mexican national and the decision in the case of *Medillin v. Texas*, No. 06-984, argued on October

25  10, 2007 before the United States Supreme Court pertaining to the rights of foreign nationals covered

26  by international treaties was decided and defense counsel is considering its ramifications.   The

27  defense requests the exclusion of additional time under the Speedy Trial Act to review the discovery

28  provided, conduct investigation and engage in continued research in anticipation of setting a motions

1 | schedule.

2 |     The parties stipulate and agree that the time from the date of this stipulation, May 27, 2008,

3 | through and including July 22, 2008, shall be excluded from computation of time within which the

4 | trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for

5 | defense counsel to prepare).

6 | Dated:  May 29, 2008                  /s/ David W. Dratman
                                   DAVID W. DRATMAN

7 |                                    Attorney for Defendant
                                   JOSE LUIS ROMERO-GUTIERREZ

8 |

9 | Dated:  May 29, 2008                  McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY

10 |

11 |                                    By: /s/ Samuel Wong*
                                 SAMUEL WONG

12 |                                    Assistant U.S. Attorney
                                   *Signed with permission

13 |

14 |                              ORDER

15 |     The Court, having considered the stipulation of the parties, and good cause appearing

16 | therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of

17 | the parties, the Court finds that the failure to grant a continuance in this case would deny defense

18 | counsel reasonable time necessary for effective preparation, taking into account the exercise of due

19 | diligence.  The Court specifically finds that the ends of justice served by the granting of such

20 | continuance outweigh the interests of the public and that the time from the date of the stipulation, May

21 | 27, 2008, to and including July 22, 2008, shall be excluded from computation of time within which

22 | the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time

23 | for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)).

24 |     It is so ordered.

25 | Dated: June 2, 2008

26 |

27 |                            LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT

28 |