DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-S-07-335 LKK |
| Plaintiff, | **STIPULATION AND  ORDER SETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| JOSE LUIS ROMERO-GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Samuel Wong, Assistant U.S. Attorney; and Jose Luis Romero-Gutierrez, through his attorney, David W. Dratman, that the status conference scheduled for July 22, 2008 shall be continued to October 15, 2008 at 9:30 a.m. for a non-evidentiary motions hearing and status conference pursuant to the following stipulated motions schedule:

Defense motions to be filed:   September 2, 2008;

Government response:            September 30, 2008;

Defense reply, if any:   October 7, 2008

Hearing on Motions:   October 15, 2008.

The defense requests the exclusion of additional time under the Speedy Trial Act to prepare, file and litigate motions.

The parties stipulate and agree that the time from the date of this stipulation, July 17, 2008,

1  through and including October 15, 2008, shall be excluded from computation of time within which
2  the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time
3  for defense counsel to prepare).

4  Dated: July 17, 2008                  /s/ David W. Dratman
                                          DAVID W. DRATMAN
5                                         Attorney for Defendant
                                          JOSE LUIS ROMERO-GUTIERREZ
6

7  Dated: July 17, 2008                  McGREGOR W. SCOTT
                                          UNITED STATES ATTORNEY
8

9                                         By: /s/ Samuel Wong*
                                          SAMUEL WONG
10                                         Assistant U.S. Attorney
                                          *Signed with permission
11

12                                        ORDER

13      The Court, having considered the stipulation of the parties, and good cause appearing
14  therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
15  the parties, the Court finds that the failure to grant a continuance in this case would deny defense
16  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
17  diligence.  The Court specifically finds that the ends of justice served by the granting of such
18  continuance outweigh the interests of the public and that the time from the date of the stipulation, July
19  17, 2008, to and including October 15, 2008, shall be excluded from computation of time within which
20  the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time
21  for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)).
22      It is so ordered.
23  Dated: July 21, 2008
24
25                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
26                                         UNITED STATES DISTRICT COURT
27
28