DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-335 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| JOSE LUIS ROMERO-GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Samuel Wong, Assistant U.S. Attorney; and Jose Luis Romero-Gutierrez, through his attorney, David W. Dratman, that the hearing scheduled for October 15, 2008 shall be continued to January 6, 2009 at 9:30 a.m. for a non-evidentiary motions hearing and status conference pursuant to the following stipulated motions schedule:

Defense motions to be filed:  November 18, 2008;

Government response:  December 16, 2008;

Defense reply, if any:  December 30, 2008

Hearing on Motions:  January 6, 2009.

The defense requests the exclusion of additional time under the Speedy Trial Act to prepare, file and litigate motions.

The parties stipulate and agree that the time from the date of this stipulation, October 9, 2008,

1  through and including January 6, 2009, shall be excluded from computation of time within which the
2  trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for
3  defense counsel to prepare); and, the parties stipulate that time was previously excluded from
4  computation of time within which the trial of this case must be commenced under the Speedy Trial
5  Act, pursuant to Local Code T4 (time for defense counsel to prepare) from July 17, 2008, to and
6  including until October 14, 2008.

Dated:  October 9, 2008   /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

Dated:  October 9, 2008   McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, October 9, 2008, to and including January 6, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)).

It is so ordered.

Dated: October 9, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT