1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  JOSE LUIS ROMERO-GUTIERREZ

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | CR-S-07-335 LKK
11 |        Plaintiff,                | **STIPULATION AND ORDER
12 |   vs.                            | SETTING BRIEFING SCHEDULE
                                       | AND EXCLUDING TIME UNDER
13 | JOSE LUIS ROMERO-GUTIERREZ,      | THE SPEEDY TRIAL ACT**
14 |        Defendant.                |
15

16

17     IT IS HEREBY STIPULATED between the United States of America, through its attorney of

18 record, Samuel Wong, Assistant U.S. Attorney; and Jose Luis Romero-Gutierrez, through his attorney,

19 David W. Dratman, that the hearing scheduled for January 6, 2009 shall be continued to April 7, 2009

20 at 9:15 a.m. for a non-evidentiary motions hearing and status conference pursuant to the following

21 stipulated motions schedule:

22     Defense motions/points and authorities, etc. to be filed:     February 13, 2009

23     Government response:                                          March 24, 2009

24     Defense reply, if any:                                        March 31, 2009

25     Hearing on Motions:                                           April 7, 2009 at 9:15AM.

26     The defense requests the exclusion of additional time under the Speedy Trial Act to file points

27 and authorities in support of the motion to suppress previously filed; and, to file such additional

28 motions as may be appropriate.

STIPULATION AND  ORDER SETTING BRIEFING SCHEDULE...

The parties stipulate and agree that the time from the date of this stipulation, December 17, 2008 through and including April 7, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare); and, Local Code E (motion filed).

Dated:  December 17, 2008

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

Dated:  December 17, 2008

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, December 17, 2008, to and including April 7, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)); and Local Code E (motion filed) (Title 18, U.S.C.§ 3161(h)(1)(f)).

It is so ordered.

Dated: December 18, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT