LAWRENCE G. BROWN
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-335 LKK |
| Plaintiff, | ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SETTING FURTHER STATUS CONFERENCE HEARING DATE |
| v. | |
| JOSE LUIS ROMERO GUTIERREZ, | Court: Hon. Lawrence K. Karlton |
| Defendant. | |

On August 4, 2009, the parties appeared before the Court for a status conference.  Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. David Dratman, Esq., appeared with his client, defendant Jose Luis Romero Gutierrez.

Mr. Dratman explained to the Court that due to his very lengthy trial in an unrelated criminal case in this Court, which began on or about March 9, 2009, and which ended very recently, he was unable to prepare defense motions in the instant case. Based on this information, AUSA Wong requested that the Court order _nunc pro tunc_ to March 9, 2009, up to and including August 4, 2009, that time under the Speedy Trial Act be excluded from

1

1  computation of time within which the trial in this matter must be
2  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
3  § 3161(h)(7)(A) and (B)(iv) and Local Code T4, for defense
4  preparation and continuity of defense counsel.  Neither Mr.
5  Dratman nor his client, Mr. Gutierrez, had any objection to the
6  United States' request for the exclusion of time.
7       In addition, both parties requested that the Court set a
8  status conference for August 25, 2009, at 9:15 a.m., and exclude
9  time within which the trial of this matter must be commenced
10 under the Speedy Trial Act from August 4, 2009, to and including
11 August 25, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
12 (B)(iv) and Local Code T4, to allow defense counsel time to
13 formulate and negotiate a settlement proposal to the United
14 States to resolve this case before trial.
15      Good cause appearing from the parties' requests, the Court
16 orders <u>nunc pro tunc</u> that time from March 9, 2009, up to and
17 including August 4, 2009, be excluded from computation of time
18 within which the trial in this matter must be commenced under the
19 Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
20 (B)(iv) and Local Code T4, for defense preparation and continuity
21 of defense counsel.  The Court further orders that a status
22 conference shall be conducted on August 25, 2009, at 9:15 a.m.
23 The Court further orders that time from August 4, 2009, to and
24 including August 25, 2009, shall be excluded from computation of
25 time within which the trial of this matter must be commenced
26 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
27 and (B)(iv) and Local Code T4, to allow defense counsel time to
28 prepare defendant's defense, specifically, formulate and attempt

1  to negotiate a settlement proposal to the United States to
2  resolve this case before trial.
3       The Court finds that the failure to grant the requested
4  continuances in this case would deny defendant's counsel
5  reasonable time necessary for effective preparation of his
6  client's defense taking into account the exercise of due
7  diligence, and defendant continuity of counsel. The Court
8  specifically finds that the ends of justice served by the
9  granting of such continuances outweigh the interests of the
10 public and defendant in a speedy trial.
11      It is so ordered.
12 Dated:  August 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT