LAWRENCE G. BROWN
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> JOSE LUIS ROMERO-GUTIERREZ,   ) <br> ) <br> Defendant.   ) <br> ) | CR. 2:07-335 LKK <br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Date:  October 6, 2009 <br> Time:  9:15 a.m. <br> Court:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, through its attorney of record, Samuel Wong, Assistant United States Attorney, and defendant Jose Luis Romero-Gutierrez, through his attorney, David W. Dratman, Esq., that the status conference scheduled for October 6, 2009, at 9:15 a.m., shall be continued to December 1, 2009 at 9:15 a.m.

The defense requests additional time to prepare based upon its need to have defense counsel explain the terms and ramifications of the proposed plea agreement with Gutierrez. Equally, as important, defense counsel must explain the evidence involved in this case and the risk of litigation, which includes a maximum forty years incarceration on the drug charges and a

1

maximum life sentence on the firearms charge. This task is made more difficult because: (1) while Gutierrez can understand and speak some English, Gutierrez is much more comfortable with discussions that are translated into his native Spanish by an English/Spanish language interpreter; (2) Gutierrez is currently housed in the Butte County Jail; and (3) defense counsel will begin a trial in an unrelated case which is expected to finish near the end of November 2009, which makes scheduling meeting times with Gutierrez very difficult while the trial is in progress.

The parties stipulate and agree that the time from the date of this stipulation, September 30, 2009, through and including December 1, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to and 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of counsel).

Dated:   September 30, 2009          /s/ David W. Dratman

                                     DAVID W. DRATMAN
                                     Attorney for Defendant
                                     JOSE LUIS ROMERO-GUTIERREZ


Dated:   September 30, 2009          LAWRENCE G. BROWN
                                     UNITED STATES ATTORNEY

                                     By: /s/ Samuel Wong
                                         SAMUEL WONG
                                         Assistant U.S. Attorney

1                                    ORDER
2        The Court, having received, read, and considered the
3   stipulation of the parties, and good cause appearing therefrom,
4   adopts the stipulation of the parties in its entirety as its
5   order.  Based on the stipulation of the parties, the Court finds
6   that the failure to grant a continuance in this case would deny
7   defense counsel reasonable time necessary for effective
8   preparation, taking into account the exercise of due diligence,
9   and deny defendant continuity of counsel.  The Court specifically
10  finds that the ends of justice served by the granting of such
11  continuance outweigh the interests of the public and that the
12  time from the date of the stipulation September 30, 2009, to and
13  including December 1, 2009, shall be excluded from computation of
14  time within which the trial of this case must be commenced under
15  the Speedy Trial Act, pursuant to and 18 U.S.C.
16  § 3161(h)(7)(B)(iv) and Local Code T4 (time for defense counsel
17  to prepare and continuity of defense counsel).
18       It is further ordered that the October 6, 2009, status
19  conference shall be continued until December 1, 2009, at 9:15
20  a.m.
21       It is so ordered.
22  Dated: October 1, 2009
23                              _____
24                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
25                              UNITED STATES DISTRICT COURT
26
27
28