DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSE LUIS ROMERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS ROMERO-GUTIERREZ,<br><br>Defendant. | CR-S-07-335 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FOR CHANGE OF PLEA AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
|---|---|

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Samuel Wong, Assistant U.S. Attorney; and, Jose Luis Romero-Gutierrez, through his attorney, David W. Dratman, that the status conference and anticipated change of plea hearing scheduled for December 1, 2009 be continued to January 5, 2010 at 9:15 a.m.

The defense requests the exclusion of additional time under the Speedy Trial Act to enable defense counsel, who has been engaged in an ongoing jury trial since October 5, 2009 and who will be in that trial on December 1, 2009, to meet with and review the proposed plea agreement in this case.  This process requires travel to the Butte County jail with a Spanish Interpreter.

The parties stipulate and agree that the time from the date of this stipulation, November 23, 2009 through and including January 5, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to

prepare and continuity of defense counsel).

Dated: November 23, 2009        /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                JOSE LUIS ROMERO-GUTIERREZ

Dated: November 23, 2009        BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY


                                By: /s/ Samuel Wong*
                                    SAMUEL WONG
                                    Assistant U.S. Attorney
                                    *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 23, 2009, to and including January 5, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (time for defense counsel to prepare and continuity of defense counsel).

It is so ordered.

Dated:      November 30, 2009

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT